James S. Yu (JY-9734)
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

J. Scott Humphrey (to be admitted *pro hac vice*)
Kristine R. Argentine (to be admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

RECEIVED

JAN 07 2016

AT 8:30_____
WILLIAM T. WALSH
CLERK

*Attorneys for Plaintiff Allstate Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY, | : |
| Plaintiff, | : |
| v. | : |
| JEFFREY STILLWELL and STILLWELL FINANCIAL ADVISORS, LLC | : 3:15-cv-08251-AET-TJB |
| Defendants. | : |

------------------------------------x

### ORDER ADMITTING COUNSEL PRO HAC VICE

**THIS MATTER** having come before the Court by motion of Seyfarth Shaw LLP, attorneys for Plaintiff Allstate Life Insurance Company ("Plaintiff"), and the Court having considered the application, and good cause having been shown;

It is on this __6__ day of ~~December 2015,~~

January 2016

**ORDERED** that the motion for admission of J. Scott Humphrey and Kristine R. Argentine to practice *pro hac vice* in the above-captioned action as counsel for Plaintiff is granted; and it is further

**ORDERED** that J. Scott Humphrey and Kristine R. Argentine shall each make payment of $150.00 to the Clerk of the United States District Court for the District of New Jersey, in accordance with Local Civil Rule 101.1(c)(3), within 20 days of the date of the entry of this order; and it is further

**ORDERED** that J. Scott Humphrey and Kristine R. Argentine shall each make payment to the New Jersey Lawyers' Fund for Client Protection, in accordance with New Jersey Court Rule 1:28-2(a), within 20 days of the date of the entry of this order; and it is further

**ORDERED** that a copy of this Order be served upon all counsel of record within ____ days hereof.

**IT IS SO ORDERED:**

DATED this 6 day of ~~December, 2015.~~ January 2016

United States ~~District Court~~ Magistrate Judge

2