James S. Yu (JY-9734)
**SEYFARTH SHAW LLP**
620 Eighth Avenue
New York, New York 10018-1405
(212) 218-5500

J. Scott Humphrey (admitted *pro hac vice*)
Kristine R. Argentine (admitted *pro hac vice*)
Robyn E. Marsh (admitted *pro hac vice*)
**SEYFARTH SHAW LLP**
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

*Attorneys for Plaintiff/Counter-Defendant Allstate Life Insurance Company*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ALLSTATE LIFE INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JEFFREY STILLWELL,<br>THERESA FRANCY, and STILLWELL<br>FINANCIAL ADVISORS, LLC,<br><br>　　　　Defendants.<br><hr>JEFFREY STILLWELL,<br><br>　　　　Counter-Plaintiff,<br><br>　v.<br><br>ALLSTATE LIFE INSURANCE COMPANY,<br><br>　　　　Counter-Defendant. | Civil Action No.:<br><br>3:15-cv-08251-AET-TJB<br><br>**NOTICE OF MOTION TO COMPEL THIRD PARTY AMERIPRISE FINANCIAL, INC.'S RESPONSE TO SUBPOENA FOR DOCUMENTS**<br><br>**(Oral Argument Requested)**<br><br>**Motion Date: October 3, 2016** |

TO:    Andrew Shapren, Esq.
Elizabeth Long, Esq.
Buchanan, Ingersoll & Rooney, PC
50 S. 16th Street, Suite 19102-2555
Philadelphia, PA 19102-2555

Brian J. Christensen, Esq.
Kyle B. Russell, Esq.
Jackson Lewis PC
7101 College Blvd., Suite 1150
Overland Park, Kansas 66210

PLEASE TAKE NOTICE, that on Monday, October 3, 2016, at 9:30 a.m. in the forenoon, or as soon thereafter as counsel may be heard, the undersigned attorneys for Plaintiff/Counter-Defendant Allstate Life Insurance Company ("Allstate"), will move before the Honorable Tonianne J. Bongiovanni, United States Magistrate Judge, at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey Courtroom 6E, in accordance with this Court's Order, dated August 26, 2016 [Dkt. 53] for an Order pursuant to Fed. R. Civ. P. 45 and L. Civ. R. 37.1, compelling third party Ameriprise Financial, Inc. to produce documents responsive to a subpoena issued by Allstate; and

PLEASE TAKE FURTHER NOTICE, that in support of the within motion, Allstate shall rely upon the accompanying Declaration of Robyn Marsh, and Memorandum of Law submitted herewith in accordance with L. Civ. R. 7.1(b) of the Local Civil Rules of the United States District Court for the District of New Jersey;

PLEASE TAKE FURTHER NOTICE, that, pursuant to L. Civ. R. 37.1(b)(4), Allstate respectfully requests oral argument; and

PLEASE TAKE FURTHER NOTICE, that at that time and place aforesaid, Allstate will request that the proposed form of Order submitted herewith be entered by the Court.

3

**Dated: September 9, 2016**  Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ James S. Yu*
James S. Yu
620 Eighth Avenue, 32nd Floor
New York, NY 10018
Tel.: (212) 218-5500

J. Scott Humphrey (admitted *pro hac vice*)
Kristine R. Argentine (admitted *pro hac vice*)
Robyn E. Marsh (admitted *pro hac vice*)
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Tel.: (312) 460-5000

*Attorneys for Plaintiff/Counter-Defendant Allstate Life Insurance Company*

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on September 9, 2016, a true and correct copy of the foregoing Notice of Motion, the accompanying Memorandum of Law, and Declaration of James S. Yu was filed electronically using the CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. In addition, a true and correct copy of the foregoing was served, via e-mail, on the following:

> Andrew Shapren, Esq.
> Elizabeth Long, Esq.
> Buchanan, Ingersoll & Rooney, PC
> 50 S. 16th Street, Suite 19102-2555
> Philadelphia, PA 19102-2555
>
> Brian J. Christensen, Esq.
> Kyle B. Russell, Esq.
> Jackson Lewis PC
> 7101 College Blvd., Suite 1150
> Overland Park, Kansas 66210

this 9th day of September 2016.

/s/ James S. Yu,