Andrew J. Shapren
Anne E. Kozul
BUCHANAN INGERSOLL & ROONEY PC
Two Liberty Place
50 S. 16th St., Suite 3200
Philadelphia, PA  19102-2555
(215) 665-8700 (phone)
andrew.shapren@bipc.com
anne.kozul@bipc.com

*Attorneys for Defendants and*
*Counter-Claim Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ALLSTATE LIFE INSURANCE COMPANY,** | |
| **Plaintiff,** | **Case No. 3:15-cv-08251-AET-TJB** |
| **v.** | **NOTICE OF MOTION TO VACATE THE CLERK'S ORDER ON PLAINTIFF'S MOTION TO TAX COSTS** |
| **JEFFREY STILLWELL, STILLWELL FINANCIAL ADVISORS, LLC, AND THERESA FRANCY,** | |
| **Defendants.** | |
| **JEFFREY STILLWELL,** | |
| **Counterclaim-Plaintiff,** | |
| **v.** | |
| **ALLSTATE LIFE INSURANCE COMPANY,** | |
| **Counterclaim-Defendant.** | |

PLEASE TAKE NOTICE THAT on February 7, 2022 at _____, or as soon thereafter as counsel can be heard, Defendants Jeffrey Stillwell, Theresa Francy, and Stillwell Financial Advisors, LLC will move, pursuant to Fed. R. Civ. P. 54(d)(1), for an order vacating the Clerk's Order Granting in Part and Denying in Part Plaintiff Allstate Life Insurance Company's ("ALIC") Motion to Tax Costs (the "Order") (ECF 166).

This Motion is based upon the supporting Memorandum of Law filed concurrently with the Motion.

Dated:  January 4, 2022                    Respectfully Submitted,

**Buchanan Ingersoll & Rooney P.C.**

*s/ Andrew J. Shapren*_____
Andrew J. Shapren
Anne E. Kozul
Two Liberty Place
50 S. 16th Street, Suite 3200
Philadelphia, PA  19102-2555
Telephone:  (215) 665-5363
Facsimile: (215) 665-8760
andrew.shapren@bipc.com
anne.kozul@bipc.com

*Attorneys for Defendants*